# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Teborius Gaines,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 2:13-mj-424-RAM<br><br>Charging District: Southern District of Alabama, Southern Division<br>Charging District's Case No. 1:13-cr-00098-WS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>Southern District of Alabama, Southern Division<br>113 St. Joseph Street, Mobile, Alabama 36602 | Courtroom No.: |
|---|---|---|
| | | Date and Time: Tuesday, July 2, 2013, at 2 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 21, 2013

_____
*Judge's signature*

ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*